FILED
CHARLOTTE, NC
MAY 21 2013
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

DOCKET NO. 3:13mc 85-mo c-DCK

| | |
|---|---|
| IN RE ALL ASSETS IN SCOTTRADE ACCOUNT XXX9901, SUCH ACCOUNT HELD IN THE NAME OF DENNIS W PARRIS. ) ) ) ) | RESTRAINING ORDER |

**THIS MATTER** is before the Court on the Government's Application for Restraining Order.

**THIS COURT FINDS AS FOLLOWS:** On April 2, 2013, a Grand Jury returned an Indictment against Dennis Wayne Parris. The Indictment charged violations of 18 U.S.C. § 371(Mortgage Fraud Conspiracy), 18 U.S.C. § 1349 (Wire Fraud Conspiracy), 18 U.S.C. § 1519 (Destroying Documents in an Investigation), and 18 U.S.C. § 2 (Aiding and Abetting). The Grand Jury also found probable cause for a forfeiture money judgment in the amount of at least $15,000,000, such amount constituting the proceeds of the violations as charged in the Indictment. In a case charging fraud conspiracy, such proceeds are subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) (civil forfeiture of proceeds), as rendered applicable to this action by 28 U.S.C. § 2461, which incorporates the criminal forfeiture procedures set forth in 21 U.S.C. § 853. The Grand Jury also found probable cause for forfeiture of all assets in Edward Jones account number XXX-XXX95-1-8, such account held in the name of Dennis W. Parris. The Affidavit attached to the Government's Application further identifies that the assets in the Edward Jones Account were ultimately transferred to an account at Scottrade, account number XXX9901, such account held in the name of Dennis W. Parris, and probable cause that the assets in the Scottrade Account are subject to forfeiture as substitute property pursuant to 21 U.S.C. § 853(p). Based on the aforementioned procedural history, probable cause findings by the Grand Jury, and submissions by the Government, the Government has satisfied the requirements of 21 U.S.C. § 853(e)(1)(A) for purposes of a restraining order.

**IT IS THEREFORE ORDERED THAT**, pending further order of this Court, Defendant Dennis Wayne Parris, his agents, servants, employees, attorneys, family members and those persons in active concert or participation with him, and those persons, financial institutions, or other entities who have any interest or control over the subject property are hereby **RESTRAINED, ENJOINED, AND PROHIBITED** from attempting or completing any action that would affect the availability, marketability or value of the property in the above identified Scottrade account, including but not limited to liquidating, selling, transferring, assigning, pledging, distributing, encumbering, wasting, secreting, depreciating, damaging, or in any way diminishing the value of, all or any part of the property in the above identified account.

**IT IS FURTHER ORDERED THAT** the United States Postal Inspection Service, United States Marshals Service, and/or other property custodian for the investigative agency is directed to serve a copy of this order upon Dennis W. Parris and Scottrade.

ORDERED this 25th day of May, 2013.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE